No. 80–784. WASHINGTON *v.* DAUGHERTY. Sup. Ct. Wash. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 80–964. KENTUCKY *v.* NEWSOME ET AL. Sup. Ct. Ky. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 80–1086. WYRICK, WARDEN *v.* HENSON. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.